IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01290-MSK

NATHAN O'CONNELL,

    Plaintiff,

v.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY,

    Defendant.

## ORDER REMANDING CASE

THIS MATTER comes before the Court *sua sponte*.

The Plaintiff commenced this action in the Denver District Court. Plaintiff sued Defendant in state court for failure to pay under-insured motorist benefits arising out of an automobile accident. In the Notice of Removal, the Defendant asserts that this Court can exercise jurisdiction based upon diversity pursuant to 28 U.S.C.§ 1332.

In his Complaint, the Plaintiff did not request any particular monetary relief. The Defendant contends that the requisite amount in controversy is established solely by the Plaintiff's election in the mandatory Colorado Civil Cover Sheet stating: "This party is seeking a monetary judgment for more than $100,000 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs[.]"

In accordance with the analysis set forth in *Baker v. Sears Holding Corp.*, 2007 WL 2908434 (D.Colo. 2007) (slip op.) (copy attached hereto), there has been an insufficient showing of the requisite amount in controversy to establish diversity jurisdiction. Accordingly, the action

must be remanded to the State Court.  *See* 28 U.S.C. § 1447(c).

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Denver District Court.

DATED this 2nd day of October, 2008.

BY THE COURT:

Marcia S. Krieger
United States District Judge