IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01290-MSK

NATHAN O'CONNELL,

    Plaintiff,

v.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY,

    Defendant.

## ORDER REINSTATING CASE

THIS MATTER comes before the Court on the Plaintiff's Motion for Reconsideration of Order Remanding Case (Motion) **(#15)** filed October 6, 2008. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk is directed to reinstate this matter before the Court.

DATED this 7th day of October, 2008.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge