IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01290-MSK-MJW

NATHAN O'CONNELL,

    Plaintiff,

v.

MOUNTAIN STATES MUTUAL CASUALTY COMPANY,

    Defendant.
_____

**NOTICE OF DISMISSAL**
_____

    THIS MATTER comes before the Court on the filing of a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a) **(#22)**. The stipulation does not specify whether it is submitted pursuant to Rule 41(a)(1) or (2), therefore the Court assumes that it is submitted pursuant to Rule 41(a)(1). Pursuant to that rule, no order is required and the filing of the stipulation effectuates the dismissal.

    DATED this 12th day of November, 2008.

                                     **BY THE COURT:**

                                     _____

                                     Marcia S. Krieger
                                     United States District Judge